# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| CHRISTINA FERRARI, individually and behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MOXIE PEST CONTROL – DENVER, LLC, a Colorado company, and MOXIE PEST CONTROL LP, a Texas company,<br><br>Defendants. | Civil Action No. 1:24-cv-02617-KAS |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Ferrari hereby provides notice of the dismissal of this action with prejudice as to Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear its own attorneys' fees and costs.

Dated: January 8, 2025

Respectfully submitted,

By: /s/ Avi R. Kaufman
Avi R. Kaufman
kaufman@kaufmanpa.com
**KAUFMAN P.A.**
237 South Dixie Highway, 4th Floor
Coral Gables, FL 33133
Telephone: (305) 469-5881

*Counsel for Plaintiff and the putative class*

- 2 -

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing was served on all Parties and their counsel of record through the Court's CM/ECF filing system on January 8, 2025.

.

By: /s/ Avi R. Kaufman